# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | |
|---|---|
| RICHARD KRANTZ ROLLOVER IRA, on behalf of itself and all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> SUMMIT PROPERTIES, INC., WILLIAM B. MCGUIRE, JR., WILLIAM F. PAULSEN, STEVEN R. LEBLANC, JAMES H. HANCE, JR., JAMES M. ALLWIN, HENRY H. FISHKIND, WENDY P. RICHES, NELSON SCHWAB III, And CAMDEN PROPERTY TRUST, <br><br> Defendants. | Civil Action No. 3:04CV558 |

## FINAL JUDGMENT

The Court, in accordance with its Order Approving Class Action Settlement and Dismissing Class Action with Prejudice issued concurrently herewith ("Approval Order"), ORDERS, ADJUDGES, and DECREES as follows:

1. Pursuant to the Approval Order, all of the terms of which are incorporated by reference herein, this action is dismissed in its entirety with prejudice;

2. Except as otherwise provided in the Approval Order, all costs of court are taxed against the parties incurring same; and

3. This is a final judgment disposing of all claims asserted by or against all parties. Any relief not expressly granted herein or in the Approval Order is hereby denied.

SIGNED this _27th_ day of ___MARCH___, 2006.

_____
Presiding Judge